IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL UNION, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 13-1742-RGA |
| VISTEON CORPORATION, et al., | : |
| Defendants. | : |

## JUDGMENT

For reasons set forth in the Court's Memorandum Opinion and Order dated July 9, 2015 (D.I. 99 and 100);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants Visteon Corporation, Visteon Systems LLC, Visteon Caribbean, Inc., Visteon Systems LLC Health and Welfare Benefit Plan for Hourly Employees-North Penn Location, and Visteon Caribbean, Inc. Employee Group Insurance Plan, and against Plaintiffs International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW, Dolores Gromalski, and Pablo Gomez.

*Richard G. Andrews*
United States District Judge

Dated: 7/9/2015

*Nicole M. Selmyer*
(By) Deputy Clerk